IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3125 |
| v. | ) | |
| | ) | |
| KIKUYU CHRISTOPHER BROWN, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Defendant has moved for release from detention and the pretrial services officer has investigated the proposal. The officer reports that the sister's criminal record precludes consideration of her as a third party custodian and also precludes the favorable consideration of the residence. In addition, the court was informed that the defendant was involved in a physical altercation with two other inmates at the Saline County Jail on October 24, 2007 in which he reportedly refused to comply with orders of correctional officers and resisted their efforts to restrain him. I conclude that the defendant should remain detained.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion to reopen detention hearing and request for evidentiary hearing, filing 18, is denied.

DATED this 16th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge