```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3125 |
| | ) | |
| V. | ) | |
| | ) | |
| KIKUYU CHRISTOPHER BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's motion to restrict, filing 23, is granted. Defendant's motion for screening, filing 24, shall remain filed as a restricted access document.

DATED this 28th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge