IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3125 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KIKUYU C. BROWN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend downward departure/ sentencing brief deadline (filing 44) is granted. The defendant shall file his sentencing objections or downward departure motions on or before April 21, 2008.

April 16, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge