IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KIKUYU BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The defendant's motion to continue sentencing (filing 48) is granted.

(2)    Defendant Brown's sentencing is rescheduled to Friday, May 2, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 22, 2008.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge