IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3125 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KIKUYU BROWN, | ) | |
| Defendant. | ) | |

After a conference call with counsel and the probation officer,

IT IS ORDERED that the motion for temporary release (filing 63) is denied without prejudice to a like application to the Bureau of Prisons.

September 3, 2008.　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　United States District Judge