IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3125 |
| | ) | |
| V. | ) | |
| | ) | |
| KIKUYU CHRISTOPHER BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motion for appointment of counsel (filing 69) is granted as follows:

1. Nunc pro tunc, Jessica L. Millburn is appointed counsel effective September 9, 2009.

2. This appointment is for "other representation" under the Criminal Justice Act and compensation is currently limited to $1,800 (plus expenses).

3. The Clerk shall forward a copy of this order to the Federal Public Defender and the Federal Public Defender shall provide counsel with a voucher.

4. The motion to restrict (filing 68) is granted.

DATED this 14th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge